IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION



| WALTER POOL, | CV 16–151–M–DLC |
|---|---|
| Plaintiff, | |
| vs. | ORDER |
| EXPERIAN INFORMATION SOLUTIONS, MERIDIAN FINANCIAL SERVICES, INC., and SUNBURST CONDOMINIUM FRACTIONAL OWNER'S ASSOCIATION, | |
| Defendants. | |

Defendant Experian Information Solutions moves for the admission of Angela M. Taylor to practice before this Court in this case with Thomas J. Leonard to act as local counsel. The application appears to be in order.

Accordingly, IT IS ORDERED that Defendant's motion to admit Angela M. Taylor *pro hac vice* (Doc. 12) is GRANTED on the condition that Ms. Taylor shall do her own work. This means that she must: (1) do her own writing; (2) sign her own pleadings, motions, and briefs; and (3) appear and participate personally. Counsel shall take steps to register in the Court's electronic filing system (CM-ECF). Further information is available on the Court's website, www.mtd.uscourts.gov, or from the Clerk's Office.

IT IS FURTHER ORDERED that this Order is subject to withdrawal unless Ms. Taylor within fifteen (15) days of this Order, file a separate pleading acknowledging her admission under the terms set forth above.

DATED this 23rd day of January, 2017.

Dana L. Christensen, Chief Judge
United States District Court