| | |
|---|---|
| Thomas J. Leonard | Angela M. Taylor (CA SBN 210425) |
| BOONE KARLBERG | *Admitted Pro Hac Vice* |
| P.O. Box 9199 | JONES DAY |
| Missoula, MT 59807-9199 | 3161 Michelson Drive, Suite 800 |
| Telephone: (406) 543-6646 | Irvine, CA 92612-4408 |
| Facsimile: (406) 549-6804 | Telephone: (949) 851-3939 |
| tleonard@boonekarlberg.com | ataylor@jonesday.com |

*Attorneys for Defendant Experian Information Solutions, Inc.*

UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| WALTER POOL,<br><br>    Plaintiff,<br><br>v.<br><br>EXPERIAN INFORMATION SOLUTIONS; MERIDIAN FINANCIAL SERVICES, INC.; and SUNBURST CONDOMINIUM FRACTIONAL OWNER'S ASSOCIATION,<br><br>    Defendants. | Case No. CV 16-151-M-DWM<br><br>**NOTICE OF PRELIMINARY SETTLEMENT WITH EXPERIAN INFORMATION SOLUTIONS AND REQUEST TO BE EXCUSED FROM THE SCHEDULING CONFERENCE** |

Defendant Experian Information Solutions ("Experian"), through counsel, hereby reports to the Court that Plaintiff and Experian have reached a preliminary settlement of this matter with respect to Defendant Experian only. The Parties expect to finalize the settlement within the next thirty (30) days and will file a Stipulation of Dismissal with Prejudice once the settlement is finalized.

In light of this settlement, Experian respectfully requests its counsel to be excused from the telephonic scheduling conference set for Friday, July 7, 2017 at 9:30 a.m.

In the event Experian's counsel is not excused from the scheduling conference, Experian requests that Randy J. Cox of Boone Karlberg be allowed to attend the conference in place of local counsel Thomas J. Leonard.  Mr. Leonard is currently out of the country and will not be able to phone in at the time scheduled for the conference.  Mr. Cox is available.

Experian has contacted counsel for all current parties regarding this request, and no party objects.  A proposed order is attached hereto for the Court's consideration.

DATED this 6th day of July, 2017.

/s/ Thomas J. Leonard
Thomas J. Leonard
BOONE KARLBERG P.C.

*Attorneys for Defendant Experian Information Solutions, Inc.*