Robert M. Carlson
CORETTE BLACK CARLSON & MICKELSON
129 West Park Street
P.O. Box 509
Butte, MT  59703
PH    :  406-782-5800
FAX  :  406-723-8919
bcarlson@cpklawmt.com
Attorneys for Defendant Meridian Financial Services, Inc.

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# MISSOULA DIVISION

| | | |
|---|---|---|
| WALTER POOL, | * | No. CV-16-151-M-DWM |
| | * | |
| Plaintiff, | * | **JOINT STIPULATION FOR** |
| v. | * | **DISMISSAL WITH PREJUDICE** |
| | * | **OF DEFENDANT MERIDIAN** |
| EXPERIAN INFORMATION | * | **FINANCIAL SERVICES, INC.** |
| SOLUTIONS; and MERIDIAN | * | |
| FINANCIAL SERVICES, INC., | * | |
| | * | |
| Defendants. | * | |
| | * | |

The parties to this action, pursuant to Rule 41(a)(2), Federal Rules of Civil Procedure, request the above-captioned matter be dismissed with prejudice as against defendant Meridian Financial Services, Inc. for the reason that the case has been fully settled between plaintiff and defendant Meridian.

DATED this 12th day of September, 2017.

s/ David K.W. Wilson, Jr.
s/ Robert M. Farris-Olsen
Morrison, Sherwood, Wilson & Deola
Attorneys for Plaintiff

                                        <u>s/ Robert M. Carlson</u>
                                        Corette Black Carlson & Mickelson
                                        Attorneys for Defendant
                                        Meridian Financial Services, Inc.