Robert Farris-Olsen
David K.W. Wilson, Jr.
MORRISON, SHERWOOD, WILSON & DEOLA
P.O. Box 557
401 N. Last Chance Gulch
Helena, MT 59624
(406) 442-3261
(406) 443-7294 Facsimile
rfolsen@mswdlaw.com
kwilson@mswdlaw.com
*Attorneys for Plaintiff*

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA, MISSOULA DIVISION**

| | |
|---|---|
| WALTER POOL,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>EXPERIAN INFORMATION SOLUTIONS; and MERIDIAN FINANCIAL SERVICES, INC.,<br><br>　　　　Defendants. | Cause No.: CV-151-M-DWM<br><br>**STIPULATION FOR DISMISSAL** |

The parties to this action, pursuant to Rule 41(a)(2), Federal Rules of Civil Procedure, request the above-captioned matter be dismissed with prejudice as against Defendant Experian Information Solutions, Inc. for the reason that the case has been fully settled between Plaintiff and Defendant Experian.

DATED this 14th day of September, 2017.

By   /s/ David K.W. Wilson, Jr.
David K.W. Wilson, Jr.
Robert Farris-Olsen
*Attorney for Plaintiff*

By   /s/ Angela Taylor
Angela Taylor
*Attorneys for Defendant Experian Information Solutions, Inc.*