IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

**FILED**

SEP 14 2017

Clerk, U.S Courts
District Of Montana
Missoula Division

| | |
|---|---|
| WALTER POOL,<br><br>Plaintiff,<br><br>v.<br><br>EXPERIAN INFORMATION SOLUTIONS and MERIDIAN FINANCIAL SERVICES, INC.,<br><br>Defendants. | CV 16-151-M-DWM<br><br>ORDER |

The parties having filed a stipulation for dismissal pursuant to Rule 41(a),

IT IS ORDERED that the above-captioned cause is DISMISSED WITH PREJUDICE, each party to pay its own costs. All pending motions are MOOT and all deadlines are VACATED.

DATED this 14 day of September, 2017.

Donald W. Molloy, District Judge
United States District Court